IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>LUCAS LESOFSKI,<br><br>　　　　　　　　　　Defendant. | 6:22-PO-5049-KLD<br>Violation Number: 9597162<br><br>Location Code: M18<br><br><br>ORDER |

　　　The United States of America has filed an unopposed motion to dismiss the above citation in the interest of justice and vacate all hearings. Accordingly, and good cause appearing,

　　　IT IS ORDERED that the above-referenced case is DISMISSED, and all future court dates are VACATED.

　　　DATED this 8th day of March, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1